UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALTARIQ MITCHELL, | : | |
| Petitioner, | : | Civ. No. 22-6610 (GC) |
| v. | : | |
| CHARLES ELLIS, et al., | : | **MEMORANDUM & ORDER** |
| Respondents. | : | |

  Petitioner, Altariq Mitchell ("Petitioner" or "Mitchell"), is a pretrial detainee at the Mercer County Correctional Facility in Lambertville, New Jersey. Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (*See* ECF 1).

  The habeas petition did not include the $5.00 filing fee. Petitioner did though include a copy of his prisoner account statement (*see* ECF 1-2), which is construed as Petitioner's request to proceed *in forma pauperis*. Nevertheless, so construed, Petitioner's request is incomplete as Petitioner did not also attach the required affidavit of indigency necessary to receive *in forma pauperis* status in this habeas proceeding. Thus, Petitioner's construed request for *in forma pauperis* status will be denied without prejudice and this case will be administratively terminated. Petitioner shall have the opportunity to reopen this action should he so choose.

  Accordingly, IT IS on this 30th day of January, 2023,

  ORDERED Petitioner's request to proceed *in forma pauperis* (ECF 1-2) is denied without prejudice; and it is further

  ORDERED that the Clerk shall administratively terminate this case; Petitioner is informed that administrative termination is not a "dismissal" for purposes of a statute of limitations, and that if the case is reopened, it is not subject to a statute of limitations time bar if it was originally filed

timely, *see Papotto v. Hartford Life & Acc. Ins. Co.*, 731 F.3d 265, 275 (3d Cir. 2013) (distinguishing administrative terminations from dismissals); and it is further

ORDERED if Petitioner wishes to reopen this case, he shall so notify this Court in writing within thirty (30) days of the date of entry of this Memorandum and Order; Petitioner's writing shall include either the $5.00 filing fee or a complete application to proceed *in forma pauperis*; and it is further

ORDERED that upon receipt of a writing from Petitioner stating that he wishes to reopen this case and either the $5.00 filing fee or a complete application to proceed *in forma pauperis*, the Clerk will be directed to reopen this case; and it is further

ORDERED that the Clerk shall serve upon Petitioner by regular U.S. mail: (1) a copy of this Memorandum and Order; and (2) a blank form application to proceed *in forma pauperis* by a prisoner in a habeas corpus case.

  s/*Georgette Castner*
GEORGETTE CASTNER
United States District Judge